Submitted August 2, affirmed September 8, 2011, petition for review denied February 16, 2012 (351 Or 586)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID ALAN REIGLE,
*Defendant-Appellant.*

Umatilla County Circuit Court
CRH080530; A144146

261 P3d 96

Peter Gartlan, Chief Defender, and Jedediah Peterson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Justice J. Rillera, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Edmonds, Senior Judge.

PER CURIAM